**NOT FOR PUBLICATION**



UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| NINA LOWE-MALONE,<br><br>                Plaintiff - Appellant,<br><br>   v.<br><br>CAROLYN W. COLVIN, Commissioner<br>Social Security Administration,<br><br>                Defendant - Appellee. | No. 12-55841<br><br>D.C. No. 2:11-cv-02231-AGR<br><br>MEMORANDUM[*] |

Appeal from the United States District Court
for the Central District of California
Alicia G. Rosenberg, Magistrate Judge, Presiding

Submitted December 17, 2013[**]
San Francisco, California

Before: CLIFTON, N.R. SMITH, and CHRISTEN, Circuit Judges.

    For the reasons stated in the memorandum opinion and order filed by the

district court, we **AFFIRM.**

---

    [*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

    [**]    The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).